## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:

MARK ANTHONY O'DELL JR.,

and

JENNIFER LYNN O'DELL,

      Debtors.

_____/

MICHIGAN DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

      Plaintiff,

v.

JENNIFER LYNN O'DELL,

      Defendant.

_____/

Chapter 7
Case No. 20-20149-dob
Hon. Daniel S. Opperman

Adv. Pro. No. 20-02027-dob
Hon. Daniel S. Opperman

## STIPULATED JUDGMENT WAIVING
## DISCHARGEABILITY OF ONE SPECIFIC DEBT

This matter is before the Court on the Stipulation for Entry of

Judgment Waiving Dischargeability of One Specific Debt (ECF No. 4)

regarding the parties' agreement that the $3,444.00 in overpaid Food

Assistance Program benefits is non-dischargeable pursuant to 11 U.S.C.

§ 523(a)(2)(A).  The parties enter into the stipulation pursuant to 11

U.S.C. § 523(a)(2)(A), 11 U.S.C. § 727(a)(10) and *Lichtenstein v Barbanel*, 161 Fed. App'x 461 (6th Cir. 2005). Now, therefore,

**IT IS ORDERED** that Debtor Jennifer Lynn O'Dell's prepetition debt owed to the Michigan Department of Health and Human Services for $3,444.00 in overpaid Food Assistance Program benefits is not discharged pursuant to 11 U.S.C. § 523(a)(2)(A).

**IT IS FURTHER ORDERED** that the Michigan Department of Health and Human Services may retain the $3,444.00 inadvertently received from the federal Treasury Offset Program in full satisfaction of the Food Assistance Program debt.

**Signed on April 30, 2020**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**